# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

**JULY 2024 GRAND JURY**
**(Impaneled 07/26/2024)**

**THE UNITED STATES OF AMERICA**

**INDICTMENT**

*-vs-*

**YOBANIEL RODRIGUEZ-GONZALEZ**

**Violations:**
Title 18, United States Code,
Sections 922(a)(1)(A), 922(o) and
924(c); Title 21, United States Code,
Sections 841(a)(1) and 856(a)(1)
(9 Counts and 2 Forfeiture Allegations)

## COUNT 1

### (Engaging in Firearms Business Without a License)

### The Grand Jury Charges That:

Between in or about September 2022, and continuing to on or about November 17, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

**All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).**

## COUNT 2

**(Possession and Transfer of a Machinegun)**

**The Grand Jury Further Charges That:**

On or about November 17, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), that is, one (1) machinegun conversion device used to modify a Glock-style semi-automatic firearm, knowing and being aware of the essential characteristics of the machinegun conversion device which made it a machinegun.

**All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2)**

## COUNT 3

**(Possession with Intent to Distribute and Distribution of Cocaine)**

**The Grand Jury Further Charges That:**

On or about September 26, 2022, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, did knowingly and intentionally possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4

**(Possession with Intent to Distribute and Distribution of Cocaine)**

**The Grand Jury Further Charges That:**

On or about February 24, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, did knowingly and intentionally possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**


## COUNT 5

**(Possession with Intent to Distribute and Distribution of Cocaine)**

**The Grand Jury Further Charges That:**

On or about March 21, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, did knowingly and intentionally possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 6

**(Possession with Intent to Distribute and Distribution of Cocaine)**

**The Grand Jury Further Charges That:**

On or about September 13, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, did knowingly and intentionally possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 7

**(Possession with Intent to Distribute Cocaine)**

**The Grand Jury Further Charges That:**

On or about November 28, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**


## COUNT 8

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

On or about November 28, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, did unlawfully and knowingly use and maintain a place, that is, the premises at 89 East 7th Street, Dunkirk, New York, for the purposes of manufacturing, distributing, and using cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1).**


## COUNT 9

**(Possession of a Firearm in Furtherance of Drug Trafficking)**

**The Grand Jury Further Charges That:**

On or about November 28, 2023, in the Western District of New York, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, in furtherance of drug trafficking crimes for

which the defendant may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 841(a)(1) and 856(a)(1), committed in the manner set forth in Counts 3 through 9 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly possess a firearm.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

## FIRST FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of one or more of the offenses set forth in Counts 3 through 9 of this Indictment, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, shall forfeit to the United States, all his right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses, including, but not limited to :

**MOTOR VEHICLE:**

    a.    One (1) gray 2009 Acura TSX bearing Vehicle Identification Number JH4CU26609C036130;

**JEWELRY:**

    b.    Two (2) metal earrings;

    c.    One (1) Yellow colored chain with red stone;

    d.    One (1) 10K Stamped bright polished yellow gold curb link chain;

    e.    One (1) white gold and diamond "grill", upper section of teeth consisting of eight (8) teeth;

    f.    One (1) 10K stamped bright polished yellow gold rope chain;

g.      One (1) 10K stamped two-toned yellow and rose gold "iced out" diamond Cuban style chain;

h.      One (1) 10K stamped bright polished yellow gold diamond ring containing thirty-eight (38) single cut diamonds;

i.      One (1) 10K stamped bright polished yellow gold diamond ring containing one hundred and sixty-two (162) single cut diamonds;

j.      One (1) 10k stamped bright polished yellow gold dollar sign ring;

k.      One (1) 10k stamped bright polished yellow gold rope chain;

l.      One (1) 925 stamped sterling silver filigree and beaded band containing one bezel set;

m.      One (1) 10k stamped bright polished yellow gold band;

n.      One (1) gold toned plated adjustable fashion ring;

o.      One (1) 10k stamped bright polished yellow old rope link chain; and

p.      One (1) 10k stamped bright polished yellow gold diamond ring containing one hundred and seventy-four (174) single cut diamonds.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence,

(b)      has been transferred or sold to, or deposited with, a third person,

(c)      has been placed beyond the jurisdiction of the Court,

(d)      has been substantially diminished in value, or

(e)      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and**

853(p).

## SECOND FORFEITURE ALLEGATION

**The Grand Jury Further Alleges That:**

Upon conviction of one or more of the offenses set forth in Counts 1, 2, and 10 of this Indictment, the defendant, **YOBANIEL RODRIGUEZ-GONZALEZ**, shall forfeit to the United States, all his right, title and interest in any firearm, magazine, and ammunition involved or used in the commission of the offenses, or found in the possession or under the immediate control of the defendant, including but not limited to the following property:

### FIREARMS, AMMUNITION, AND MAGAZINES:

a.    One (1) Glock 23 Gen. 5 pistol bearing serial number BSRH026, seized from 89 East 7th Street, Dunkirk, New York on or about November 28, 2023;

b.    One (1) extended 40mm magazine, with approximately twenty-one (21) rounds of ammunition contained therein, seized from 89 East 7th Street, Dunkirk, New York on or about November 28, 2023;

c.    Approximately three (3) 10-round 40mm magazines, one with approximately 6 rounds of ammunition contained therein, seized from 89 East 7th Street, Dunkirk, New York on or about November 28, 2023;

d.    One (1) extended 40mm magazine, seized from 89 East 7th Street, Dunkirk, New York on or about November 28, 2023;

e.    One (1) extended 9mm magazine, with approximately 12 rounds of ammunition contained therein seized from 89 East 7th Street, Dunkirk, New York on or about November 28, 2023;

f.    Approximately two rounds of ammunition located in green canister seized from 631 Main Street in Dunkirk, New York on November 28, 2023; and

g.    Various ammunition located in a black bag, seized from 631 Main Street in Dunkirk, New York on November 28, 2023.

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED:  Buffalo, New York, December 4, 2024.

TRINI E. ROSS
United States Attorney

BY:    S/PIERRE RICHARD ANTOINE
PIERRE RICHARD ANTOINE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5884
Richard.Antoine@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON